Certificate Number: 03088-PAE-DE-033121427

Bankruptcy Case Number: 19-13861



03088-PAE-DE-033121427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2019, at 1:03 o'clock PM CDT, Lamarcus L Robinson Sr. completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 17, 2019

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor