**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LAMARCUS ROBINSON | : | |
| Debtor | : | BANKRUPTCY NO. 19-13861 ELF |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8), AND 1325(a)(9)**

I, Lamarcus Robinson. upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for December 3, 2019 in the above referenced case:

1.  The above-named Debtor will be able to make all payments under the plan and to comply with the plan.

2.  The above-named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above-named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.  If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent confirmation hearing date.

5.  If this Certification is being signed by counsel for Debtor, counsel certifies that Debtor was duly questioned about statements in this Certification and supplied answers with this Certification.

DATED:  December 2, 2019          BY:  /s/ Raymond M. Kempinski  
                                       Raymond M. Kempinski, Counsel

Revised 04/24/06