**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **LAMARCUS ROBINSON** | : | |
| | : | |
| Debtors | : | Bankruptcy No. 19-13861 ELF |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**OF DEBTOR'S COUNSEL**

I, Raymond Kempinski, counsel for Debtor, do hereby certify that:

1. On January 4, 2020, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of: (a) the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), upon Debtor, the Standing Trustee and the U.S. Trustee; and (b) the attached Notice of the Application (the "Notice"), upon Debtor, the Standing Trustee, the U.S. Trustee and each holder of a claim against Debtor (collectively the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Application with the Court, and to serve a copy of any such objection upon the undersigned, within twenty-one (21) days from the date of service of the Application.

3. As of the date hereof, no objection to the Application has been served upon the undersigned.

WHEREFORE, the Application is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Application, a copy of which is attached hereto.

Respectfully submitted,

Dated: January 26, 2020

/s/ Raymond Kempinski
Raymond Kempinski Applicant
1700 Market Street
Suite 1005
Philadelphia, PA 19103
215.380.5636
866.849.0952 fax