# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| LAMARCUS ROBINSON | : | |
| | : | |
| Debtors | : | Bankruptcy No. 19-13861 ELF |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation of **$3,000.00** and reimbursement of expenses of **$345.00** are **ALLOWED**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C**.** §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,000.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under terms of the confirmed chapter 3 plan.

Dated: _1/30/20_____

_____
Eric L. Frank
United States Bankruptcy Judge