United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-13861-elf
Lamarcus Robinson　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: dlv　　　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Jan 30, 2020
　　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db　　　　　　+Lamarcus Robinson,　6546 Windsor Street,　Philadelphia, PA 19142-1320
NONE　　　　　+Law Office of Raymond Kempinski,　Kempinski Law,　3120 W. Penn Street,
　　　　　　　　Philadelphia, PA  19129,　UNITED STATES 19129-1016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
　　　　　KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
　　　　　RAYMOND M. KEMPINSKI    on behalf of Debtor Lamarcus  Robinson raykemp1006@gmail.com,
　　　　　 raykemp1006@gmail.com
　　　　　RAYMOND M. KEMPINSKI    on behalf of  Law Office of Raymond Kempinski raykemp1006@gmail.com,
　　　　　 raykemp1006@gmail.com
　　　　　REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| LAMARCUS ROBINSON | : | |
| | : | |
| Debtors | : | Bankruptcy No. 19-13861 ELF |

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation of **$3,000.00** and reimbursement of expenses of **$345.00** are **ALLOWED**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,000.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under terms of the confirmed chapter 3 plan.

Dated: 1/30/20

Eric L. Frank
United States Bankruptcy Judge