## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| LAMARCUS ROBINSON | : | |
| Debtor | : | Bankruptcy No. 19-13861 ELF |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed Debtor's Motion to Modify Chapter 13 Plan and Extend Payments Per CARES Act.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 15, 2020 you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at:

   U.S. Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

   (b) mail a copy to the movant's attorney:

   Raymond M. Kempinski, Esquire
   1154 S. 9th Street
   Unit ½
   Philadelphia, PA 19147
   267-519-0295
   (Fax) 886-849-0952

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on November 17, 2020 at 1:00 p.m in Courtroom #1, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 18, 2020