United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13861-elf

Lamarcus Robinson                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lamarcus Robinson, 6546 Windsor Street, Philadelphia, PA 19142-1320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| RAYMOND M. KEMPINSKI | on behalf of Debtor Lamarcus Robinson raykemp1006@gmail.com  raykemp1006@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Law Office of Raymond Kempinski raykemp1006@gmail.com  raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: Adminstra                                    Page 2 of 2
Date Rcvd: Dec 02, 2020                       Form ID: pdf900                                     Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| **LAMARCUS ROBINSON,** | : | |
| Debtor | : | Bky. No. 19-13861 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #64) is **APPROVED**.

**Date:  December 1, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**