# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 19-13861-ELF

LAMARCUS ROBINSON

6546 WINDSOR STREET

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LAMARCUS ROBINSON

6546 WINDSOR STREET

PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

RAYMOND M KEMPINSKI
KEMPINSKI LAW
1154 S. 9th St., Unit 1
PHILADELPHIA, PA 19147-

Date: 4/9/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee